UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER** |
| v. | S1 20 Cr. 440 (JGK) |
| JOHN NOVOA, | |
| Defendant. | |

IT IS HEREBY ORDERED that:

1. The following documents, previously filed under seal, are hereby unsealed, and the Clerk of Court is respectfully directed to file these documents on the Court's public docket: (a) Superseding Information S1 20 Cr. 440 (JGK), filed September 24, 2020; (b) defendant John Novoa's Waiver of Indictment form, filed September 24, 2020; and (c) the Minute Entry for the defendant's September 24, 2020 change of plea hearing.

2. All other documents filed under seal shall remain sealed absent further order of the Court.

3. The Court's September 24, 2020 delayed-docketing order is hereby prospectively lifted. Absent further order of the Court, all future filings and proceedings in this case, including the Minute Entry for the defendant's sentencing proceeding, the judgment of conviction, and restitution and forfeiture orders, shall be publicly filed on the Court's electronic docket.

SO ORDERED.

Dated: New York, New York
September 28, 2022

THE HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK