UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    - against -

JOHN M. NOVOA,

        Defendant.

20-cr-440-3 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

On May 13, 2025, the defendant submitted a motion for early termination of supervised release. That submission is being filed under seal because it contains personal identifying information. A copy of the defendant's sealed application is being provided to the Government. The Government is directed to respond by **May 27, 2025**. The Government's response should include the views of the defendant's probation officer. The defendant may reply by **June 6, 2025**.

SO ORDERED.
Dated:  New York, New York
       May 14, 2025

                                        /s/ John G. Koeltl
                                          John G. Koeltl
                                United States District Judge