UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

UNITED STATES OF AMERICA,

      - against -

JOHN M. NOVOA,

              **Defendant.**
---

20-cr-440-3 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

On April 12, 2024, pursuant to 18 U.S.C. § 3583(e)(1), this Court transferred jurisdiction over the defendant's supervision to the United States District Court for the District of New Jersey. ECF No. 113. On May 3, 2024, the Honorable Evelyn Padin, United States District Judge for the District of New Jersey, accepted the transfer of jurisdiction. ECF No. 114.

On May 13, 2025, the defendant filed a motion for early termination of supervised release in this case. See ECF No. 116. That submission was filed under seal because it contained personal identifying information. ECF No. 118. On May 21, 2025, the Government responded to the defendant's motion. ECF No. 117. The Government also requested that the defendant's motion be unsealed. Id. To date, the defendant has not submitted a reply.

Because the authority to address the defendant's motion for early termination of supervised release now rests with the United States District Court for the District of New Jersey, the defendant's motion is **transferred** to the District of New Jersey

(case number 2:24-cr-315-EP-1). Because the motion has been filed under seal on the docket of this Court, this Court will transmit the motion directly to the Court in New Jersey.

For the foregoing reasons, the Government's unsealing request is **denied without prejudice** as it relates to the docket of this Court. The Government may resubmit the unsealing request to the United States District Court for the District of New Jersey to whom the defendant's supervision has been transferred.

SO ORDERED.
Dated:    New York, New York
          June 24, 2025

                                        John G. Koeltl
                              United States District Judge

2